UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.   2:18-CR-190 |
| ) | |
| JIMMY R. HICKS ) | |

## **O R D E R**

Now before the Court is the defendant's counseled motion for compassionate release. [Doc. 63]. The United States is **DIRECTED** to respond to that filing no later than August 4, 2020.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge